UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHEEHAN,<br><br>              Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>              Defendant. | ) CV 10-7386-CW<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings consistent with the Memorandum & Order, pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: July 19, 2011

                                        /s/ Carla M. Woehrle
                                        CARLA WOEHRLE
                                  UNITED STATES MAGISTRATE JUDGE