Andrew T.   Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. (805) 653-7937
FAX: (805) 653-7225
Email:  andrewtkoenig@hotmail.com

Attorney for Plaintiff Daniel Sheehan

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DANIEL SHEEHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. CV-10-07386-CW<br><br>[PROPOSED] ORDER<br>AWARDING ATTORNEY'S<br>FEES AND COSTS PURSUANT<br>TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C.<br>§ 2412(d) |

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

Justice Act in the amount of THREE-THOUSAND EIGHT-HUNDRED

DOLLARS AND NO CENTS ($3,800.00),  as authorized by 28 U.S.C. § 2412(d),

subject to the terms of the Stipulation.

Dated: August 23, 2011

_____
UNITED STATES MAGISTRATE JUDGE

1